FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 2 9 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES SHELBY, ) <br> ) <br> Defendant. ) | 2:11-CR-194-LDG (CWH) |

## FINAL ORDER OF FORFEITURE AS TO DEFENDANT JAMES SHELBY

On November 16, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant JAMES SHELBY to the United States of America. Docket #32;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant JAMES SHELBY.

DATED this 29 day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE